IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| v. § | Case No. 3:25-CR-343-X |
| § | |
| SIMON BATASHVILI § | |

**DEFENDANT SIMON BATASHVILI'S UNOPPOSED
MOTION TO MODIFY PRETRIAL RELEASE CONDITIONS**

TO THE HONORABLE BRANTLEY STARR:

Defendant Simon Batashvili respectfully files this Unopposed Motion to Modify Conditions of Pretrial Release as follows:

**I.   BACKGROUND**

On August 1, 2025, Mr. Batashvili appeared before Magistrate Judge Jacqueline Chooljian in the Central District of California for his initial appearance. ECF No. 6. Judge Chooljian released Mr. Batashvili on standard pretrial release conditions for that district, which included surrendering his passport and restricting his travel to the Central District of California ("CDCA") and, due to the pendency of this case, the Northern District of Texas ("NDTX"). *Id.* at 29 – 35. On August 14, 2025, Judge Chooljian granted Mr. Batashvili's unopposed motion for the temporary return of his passport to permit his travel from California to Texas to appear for his arraignment in this case. *Id.* at 36. As ordered, Mr. Batashvili traveled to the NDTX without incident and returned to the CDCA following his arraignment.

At Mr. Batashvili's arraignment on August 27, 2025, the government advised the Court that it is unopposed to the defendant's request to expand his travel restrictions to the continental

United States. Magistrate Judge Brian McKay ordered that because this case will be assigned to Magistrate Judge Rebecca Rutherford,[1] the parties' requests for substantive release condition modifications should be presented to Judge Rutherford. Consequently, Judge McKay modified Mr. Batashvili's release conditions as the Court determined necessary at the time of the arraignment, *i.e.,* to extend the time he may retain his passport to permit his return to California and to use in securing a government-issued identification card for future travel. *See* ECF No. 14, Order Modifying Conditions of Pretrial Release ("Modified Conditions"). Otherwise, Mr. Batashvili's release conditions remained intact. *Id.*

Mr. Batashvili has remained on pretrial release without incident.[2]

## II. MOTION

Mr. Batashvili requests that the Court modify his pretrial release conditions to include travel throughout the continental United States. Rather than burden the Court with repeated travel requests, Mr. Batashvili seeks to modify his release conditions to travel within the continental United States. The government does not oppose this request.

There are sufficient grounds to grant this motion. First, Mr. Batashvili knew about the grand jury investigation leading to his indictment since September 2020, when the government executed a search warrant at his business. He subsequently learned that he was a target of that investigation. Over the course of those five years, Mr. Batashvili did not flee or take any other action to avoid prosecution. If he were a flight risk, he would have taken action to flee long before now.

---

[1] This case was initially assigned to the Honorable Jane J. Boyle. *See* ECF No. 1. On August 26, 2025, Judge Boyle granted the defendant's motion to transfer the case to this Court. *See* ECF No. 11.
[2] The assigned Pretrial Services Officer for the NDTX advised the Court and parties of reports that his counterpart in California had experienced issues in obtaining certain financial information from Mr. Batashvili. Counsel subsequently spoke with the Pretrial Services Officer in the CDCA and, to the extent that there were any, resolved any such issues.

Additionally, Mr. Batashvili resides in California with his wife and young daughter, their only child. Mr. Batashvili and his family also have significant historical ties to that community, having lived in the Los Angeles area from 1992 through 2022 and relocating there since learning of his indictment and for the pendency of this case. His daughter's school is in the greater Los Angeles area, and Mr. Batashvili's extended family, including his brother, have lived in the area for over 30 years.

Further, Mr. Batashvili was released by the court in California after his initial appearance on August 1, 2025 – now more than a month ago – and he flew across the country to appear for his arraignment in this District, precisely as ordered and without incident. Also as ordered, Mr. Batashvili is actively working to obtain a government-issued identification card so he can surrender his passport to counsel by Judge McKay's September 11, 2025 deadline.

Given that Mr. Batashvili is a United States citizen, a California resident, has strong family, community, and professional ties to California, has appeared at his arraignment in NDTX as ordered, and has complied with all of his release conditions, there is no incentive for him to flee the jurisdiction of the Court or reason to believe that he has any interest in doing so.

The government is not opposed to this motion.

Accordingly, defendant Simon Batashvili respectfully requests that the Court modify his conditions of pretrial release to include travel throughout the continental United States.

Dated: September 3, 2025.

Respectfully submitted,

*/s/ Jeff Ansley*
Jeffrey J. Ansley
State Bar No. 00790235
jansley@vedderprice.com
Arianna G. Goodman
State Bar No. 24109938
agoodman@vedderprice.com
Katherine M. Devlin
State Bar No. 24094372
kdevlin@vedderprice.com

**VEDDER | PRICE, P.C.**
300 Crescent Court, Suite 400
Dallas, Texas 75201
469.895.4790 (Ansley)

**ATTORNEYS FOR DEFENDANT**
**SIMON BATASHVILI**

## CERTIFICATE OF SERVICE

I certify that all counsel of record who have consented to electronic service were served with a true and correct copy of the foregoing document *via* the Court's CM/ECF system on this 3rd day of September, 2025.

By: */s/ Jeff Ansley*
Jeffrey J. Ansley

## CERTIFICATE OF CONFERENCE

On August 27, 2025, I conferred with Assistant U.S. Attorney Marty Basu, lead counsel for the government in this case, regarding the merits of this motion. AUSA Basu advised that the government is not opposed to the requested relief.

By: */s/ Jeff Ansley*
Jeffrey J. Ansley