**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| v. § | |
| § Case No. 3:25-CR-343-X | |
| SIMON BATASHVILI § | |

## ORDER

Before the Court is Defendant Simon Batashvili's Unopposed Motion to Modify Pretrial Release Conditions. After consideration of the relevant filings and applicable law, the Court **GRANTS** the motion.

**IT IS THEREFORE ORDERED** that Mr. Batashvili's Conditions of Pretrial Release are modified to allow him to travel throughout the continental United States.

Signed this 10th day of September, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE